United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYSHIELLE RICHELLE JACQUEZ,
Plaintiff,

v.

R. GRACIA,
Defendant.

Case No. 26-cv-00044-HSG

**ORDER OF DISMISSAL**

Plaintiff has filed a *pro se* civil rights against pursuant to 42 U.S.C. § 1983 alleging that Salinas Valley State Prison ("SVSP") correctional officer R. Gracia retaliated against her in violation of the First Amendment. Dkt. Nos. 1, 8. For the reasons set forth below, the Court DISMISSES this action pursuant to Fed. R. Civ. P. 4(m) without prejudice.

**DISCUSSION**

On June 1, 2026, the Court ordered the Clerk to serve defendant Gracia under the California Department of Corrections and Rehabilitation's ("CDCR") e-service program for civil rights cases from prisoners in the CDCR's custody. Dkt. No. 8.

On July 27, 2026, the CDCR informed the Court that it had been unable to identify the staff member involved in the alleged September 11, 2023 incident. The CDCR stated that there was no correctional officer by the name of R. Gracia; and that while SVSP has two correctional officers whose first names begin with the letter "R" and with the last name Garcia, on September 11, 2023, one of these staff members was in training and the other staff member was on his regular day off. Dkt. No. 10.

On October 20, 2026, the Court ordered Plaintiff to provide by November 17, 2026, sufficient information to allow the Marshal to locate and serve defendant Gracia. Dkt. No. 12.

United States District Court
Northern District of California

The Court cautioned Plaintiff that failure to comply this deadline would result in dismissal of this action of defendant Gracia without prejudice pursuant to Fed. R. Civ. P. 4(m), and dismissal of this action for failure to prosecute pursuant to Fed. R. Civ. P. 41(a). *Id.*

The deadline has passed, and Plaintiff has neither effected service on defendant Gracia nor provided the Court with sufficient information to allow the Marshal to effect service. Fed. R. Civ. P. 4(m) provides that if a defendant is not served within 90 days after the complaint is filed, the Court may, on motion or its own after notice to plaintiff, dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). The complaint was filed on June 1, 2026. As of the date of this order, Plaintiff has not served defendant Gracia or provided the Court with sufficient information to allow the United States Marshal to effect service. Accordingly, this action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m) because more than 90 days have passed since the complaint was filed and Plaintiff has not served the named defendant. The dismissal is without prejudice to Plaintiff filing a motion to reopen this action once she either effects service on defendant Gracia or if the motion is accompanied by sufficient information to allow the United States Marshal to effect service.

**CONCLUSION**

For the reasons set forth above, the Court DISMISSES this action without prejudice pursuant to Fed. R. Civ. P. 4(m). The Clerk shall enter judgment in favor of Defendant and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED.**

Dated: November 24, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge